# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KENNETH ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:06-CV-1380 CAS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on state prisoner Kenneth Robinson's ("Robinson") action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Mary Ann Medler for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On June 4, 2007, Judge Medler filed a Report and Recommendation of United States Magistrate Judge that recommended that Robinson's petition for writ of habeas corpus be dismissed.

Petitioner filed timely objections to the Report and Recommendation, asserting that Judge Medler did not reasonably interpret the facts and re-asserting several issues raised in his § 2254 petition. The Court has carefully reviewed petitioner's objections and the entire record of this matter. Following de novo review, the Court concurs in the recommendation of the Magistrate Judge. Petitioner's objections are overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 15]

**IT IS FURTHER ORDERED** that petitioner Kenneth Robinson's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**.  [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 29th day of August, 2007.