# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KENNETH ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:06-CV-1380 CAS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on state prisoner Kenneth Robinson's ("Robinson") Motion for Extension of Time to File a Notice of Appeal and Certificate of Appealability. Robinson seeks an additional sixty (60) days to file his notice of appeal and certificate of appealability.

Rule 4 of the Federal Rules of Appellate Procedure dictates the time for appeal in both criminal and civil cases. Pursuant to Rule 4(a)(5)(A) the Court can extend the time to file a notice of appeal if a party so moves no later than 30 days after the time prescribed by Rule 4(a) expires. Pursuant to Rule 4(a)(5)(C), the Court may not grant an extension exceeding thirty (30) days. See Fed. R. App. Proc. 4(a).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Kenneth Robinson's Motion for Extension of Time to File a Notice of Appeal and Certificate of Appealability is **GRANTED** to the extent he is

granted an additional thirty (30) days to file his notice of appeal and certificate of appealability. [Doc. 21]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of September, 2007.